| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>SAN ANTONIO DIVISION | **FILED**<br>December 08, 2021<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY: _Magda Muzza_<br>DEPUTY |

THE UNITED STATES OF AMERICA )
)
**Plaintiff** )
)
v. )
) Case No. 5:21-CR-0531-JKP
1) TIMOTHY BLAND )
    aka "GRANDMA" )
(2) CRANDALL JONES )
    aka "PUNIE" )
(3) LUIS TOVIAS )
(5) PAMELA FELITA BREEDING )

**Defendant.**

# O R D E R

On this date came to be heard Government's Motion to Unseal Indictment on the above referenced Defendants, Case Number 5:21-CR-531, and the Court having considered same, it is of the opinion that said motion should be hereby GRANTED.

It is therefore ORDERED that the Indictment shall be unsealed until further Order of the Court.

SIGNED and ENTERED on this the __8th__ day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE